## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **STRATEGIC CAPITAL BANCORP, INC.,** and **GARY L. SVEC,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **LEAD CASE** |
| **ST. PAUL MERCURY INSURANCE COMPANY, DWIGHT MILLER, WELLS ANDERSON, GENE KING, TERESA KING,** and **GLENDA L. LANE,** as Trustee of the Glen L. Lane Trust, | ) ) ) ) ) ) ) | Case No. 10-2062 |
| Defendants. | ) | |
| **JOHN GORMAN,** | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **ST. PAUL MERCURY INSURANCE COMPANY, DWIGHT MILLER, WELLS ANDERSON, GENE KING, TERESA KING,** and **GLENDA L. LANE,** as Trustee of the Glen L. Lane Trust, | ) ) ) ) ) ) ) | **CONSOLIDATED WITH** Case No. 10-2063 |
| Defendants. | ) | |

# REPORT AND RECOMMENDATION

The above-captioned cases were consolidated by an Order (#7) entered by Chief Judge Michael P. McCuskey on April 19, 2010. Prior to that Order, motions to dismiss **(#6)** in **Case No. 10-262** and **(#7)** in **Case No. 10-2063** had been filed. The motions were premised on the assertion that not all necessary parties had been joined in the complaint that was the subject of the motion. Subsequent to the consolidation, all necessary parties are before the Court. The matter should move forward toward disposition and resources of the Court and parties should not be devoted to resolution of these motions. Accordingly, it is my recommendation pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the motions to dismiss referenced above be denied as **MOOT**. I further recommend that the various Plaintiffs be ordered to file a single amended complaint. It is true that those Plaintiffs have different counsel. Nevertheless,

they should be able to cooperate and coordinate to a degree that will allow them to file the amended complaint. I recommend that Plaintiffs be given 21 days in which to file the amended complaint.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

.

ENTER this 21st day of May, 2010.

                                           s/ DAVID G. BERNTHAL
                                           U.S. MAGISTRATE JUDGE