## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **STRATEGIC CAPITAL BANCORP, INC.,** and **GARY L. SVEC,**             Plaintiffs,  v.  **ST. PAUL MERCURY INSURANCE COMPANY, DWIGHT MILLER, WELLS ANDERSON, GENE KING, TERESA KING** and **GLENDA L. LANE as Trustee of the GLENDA L. LANE TRUST**             Defendants. | **Lead Case No. 10-CV-2062** |
| **JOHN E. GORMAN,**             Plaintiff,  v.  **ST. PAUL MERCURY INSURANCE COMPANY, DWIGHT MILLER, WELLS ANDERSON, GENE KING, TERESA KING** and **GLENDA L. LANE as Trustee of the GLENDA L. LANE TRUST,**             Defendants. | **Consolidated Case No. 10-CV-2062** |

## ORDER

A Report and Recommendation (#13) was filed by Magistrate Judge David G. Bernthal in the above cause on May 21, 2010.  On May 27, 2010, Plaintiffs Strategic Capital Bancorp, Inc., Gary L. Svec, and John E. Gorman, filed their Objection to Report and Recommendation (#14).  Defendant St. Paul Mercury Insurance Company filed its Objections (#17) on June 7, 2010. Following this court's careful de novo review of the Magistrate Judge's reasoning and the parties' Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#13).  This court agrees that Defendant's Motion to Dismiss (#6) should be

DENIED as MOOT and that the various Plaintiffs should be ordered to file a single amended complaint.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#13) is accepted by this court.

(2) Defendant's Motion to Dismiss (#6) is DENIED as MOOT.

(3) Plaintiffs are ordered to file a single amended complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this  8TH  day of June, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE