UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STRATEGIC CAPITAL BANCORP, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ST. PAUL MERCURY INSURANCE CO., )<br>)<br>Defendant. ) | Case No. 10-CV-2062 |

## ORDER

A Report and Recommendation (#93) was filed by Magistrate Judge David G. Bernthal in the above cause on January 24, 2014. On February 7, 2014, Defendant St. Paul Mercury Insurance Company filed its Objection to Report and Recommendation (#94). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#93). This court agrees that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (#90) should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#93) is accepted by this court.

(2) Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (#90) is GRANTED in part and DENIED in part. The motion is GRANTED to the extent it seeks to strike paragraphs 1-39 of the Second Amended Complaint and DENIED in all other respects.

(3) This case is referred to Magistrate Judge Bernthal for further proceedings in accordance with this order.

ENTERED this 13th day of February, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE