**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| STRATEGIC CAPITAL BANCORP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL MERCURY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Lead Case No. 10-cv-2062 <br><br><br><br><br> Judge Colin Bruce <br> Magistrate Judge Eric I Long |

**DEFENDANT, ST. PAUL MERCURY INSURANCE
COMPANY'S SCHEDULE OF FEES AND EXPENSES**

Defendant, ST. PAUL MERCURY INSURANCE COMPANY ("St. Paul"), by its attorneys, Michael S. Loeffler and Todd Hunter Thomas, of Loeffler Thomas P.C., and James A. Martinkus, of Erwin, Martinkus & Cole Ltd., pursuant to this Court's July 15, 2015 Order, hereby submits its schedule of fees and expenses related to its efforts to obtain and review documents from Plaintiff Strategic Capital Bancorp. ("Strategic") and states as follows:

1.  On March 9, 2015, St. Paul filed its Motion to Compel (Doc. 129) which sought an order compelling Strategic to respond to discovery requests. The total fees and costs related to the Motion to Compel is $11,107.5. A schedule of fees and costs including, but not limited to, research, drafting the motion, and communications related to Doc. 129 is attached as Exhibit 1.

2.  On March 17, 2015, St. Paul filed its Motion for Extension of Time to Complete Discovery (Doc. 131) due to Strategic's failure to respond to discovery requests. The total fees and costs related to the Motion for Extension of Time to Complete Discovery is $4,890. A schedule of fees and costs including, but not limited to, research, drafting the motion, and communications related to Doc. 131 is attached as Exhibit 2.

3. On April 21, 2015, Strategic filed its Emergency Motion for Reconsideration (Doc. 134) related to this Court's April 16, 2015 Order compelling Strategic to respond to discovery requests within three day. On May 5, 2015, St. Paul filed its Response to the Emergency Motion for Reconsideration (Doc. 136). On May 14, 2015, Strategic filed its Motion for Leave to File a Supplemental Motion (Doc. 137) related to its Emergency Motion for Reconsideration. The total fees and costs related to the Emergency Motion for Reconsideration is $17,317.50. A schedule of fees and costs including, but not limited to, reviewing the motions, research, drafting the response, and communications related to Doc. 134, Doc. 136, and Doc. 137 is attached as Exhibit 3.

4. On May 15, 2015, this Court held a telephonic status conference regarding outstanding discovery issues. The total fees and costs related to the May 15, 2015 Hearing is $2,307.50. A schedule of fees and costs related to the May 15, 2015 status conference is attached as Exhibit 4.[1]

5. On May 29, 2015, Strategic filed its Appeal of Magistrate Judge's Decision (Doc. 140) regarding the orders compelling Strategic to respond to discovery requests. On June 10, 2015, St. Paul filed its Response to the Appeal of Magistrate Judge's Decision (Doc. 142). The total fees and costs related to the Appeal of Magistrate Judge's Decision is $7,195. A schedule of fees and costs including, but not limited to, reviewing the appeal, research, drafting the response, and communications related to Doc. 140 and Doc. 142 is attached as Exhibit 5.

6. On June 5, 2015, St. Paul filed its Motion for Sanctions (Doc. 141) regarding Strategic's failure to respond to discovery requests. On June 12, 2015, Strategic filed its Response to Motion for Sanctions (Doc. 143). The total fees and costs related to the Motion for Sanctions is $6,792.50. A schedule of fees and costs including, but not limited to, research,

---

[1] Not included in Exhibit 4 is $90 for .40 hours at $225/hr. for local counsel James A. Martinkus.

drafting the motion, reviewing the response, and communications related to Doc. 141 and Doc. 143 is attached as Exhibit 6.

7.   On June 26, 2015, this Court held an in person hearing regarding the pending discovery motions and issues in this matter. The total fees and costs related to the June 26, 2015 Hearing is $6,315.13. A schedule of fees and costs related to the June 26, 2015 hearing is attached as Exhibit 7.[2]

8.   On July 5, 2015, Strategic filed its Supplemental Responses to Discovery (Doc. 148) pursuant to the Court's June 26, 2015 Order. On July 7, 2015, St. Paul filed its Objections to Strategic's Supplemental Responses to Discovery (Doc. 150). The total fees and costs related to the Supplemental Responses to Discovery is $7,232.50. A schedule of fees and costs including, but not limited to, reviewing the supplemental responses, drafting the objection, and communications related to Doc. 148 and Doc. 150 is attached as Exhibit 8.

9.   Between June 2, 2015 and June 12, 2015, Strategic produced approximately 79,454 pages of documents without an index or catalog of the documents produced. The total fees and costs related to reviewing and cataloging the documents is $33,167.63. A schedule of fees and costs including, but not limited to, reviewing the documents, cataloging the documents, categorizing the documents, and retaining an outside vendor to download the document production for the purpose of organizing and managing the document production is attached as Exhibit 9.

10.  The total fees and costs related to the above descriptions is $96,325.26.

---

[2] Not included in Exhibit 7 is $400 for 2 hours at $200/hr. for local counsel Rick W. Aielts.

Respectfully submitted,

ST. PAUL MERCURY INSURANCE COMPANY


s/**Michael S. Loeffler**
Michael S. Loeffler Bar Number:  6190607
Attorney for St. Paul Mercury Insurance Co.
LOEFFLER THOMAS P.C.
500 Skokie Boulevard, Suite 260
Northbrook, IL  60062
Tel:  (847) 498-8400
Fax: (847) 498-1999
michael.loeffler@lt-law.com

s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116
Attorney for St. Paul Mercury Insurance Co.
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign, IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing Schedule of Fees and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trent P. Cornell        tcornell@lathropgage.com, tpcornell60022@gmail.com

Colin M. Seals        cseals@pedersenhoupt.com

Joseph Phebus        jwphebus@phebuslaw.com

and I hereby certify that I have mailed by United States Postal Service the document

to the following non CM/ECF participants:     None

s/**James A. Martinkus**

James A. Martinkus Bar Number: 21116

Attorney for St. Paul Mercury Insurance Co.

Erwin, Martinkus & Cole, Ltd.

411 West University Avenue

P.O. Box 1098

Champaign  IL  61824-1098

(217) 351-4040

FAX 217-351-4314

jim.martinkus@erwinlaw.com
