# Exhibit 6

7/24/2015
12:30 PM                                                       Slip Listing                                                                Page      1

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: St. Paul/Travelers Strategic |
| Refe.Selection | Include: Exhibit 6 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 42327                         TIME<br>5/27/2015<br>WIP<br>Work on email to clients regarding discovery issues, responses from Strategic and efforts to get documents held at BuckleySandler. | Michael S. Loeffler<br>Legal Services<br>St. Paul/Travelers Strat<br>Exhibit 6 | 0.60<br>0.00 | 275.00<br>T@1 | 165.00 |
| 42328                         TIME<br>5/29/2015<br>WIP<br>Work on further motion to compel and for sanctions due to non-production of documents. 2.8  Emails regarding Strategic keeps assuring us they are working diligently with BuckleySandler to produce documents while filing appeals of order requiring them to produce documents. .2  Receive and review Order from Judge Bruce regarding deadline to respond to appeal. .1  Draft email to clients regarding motion to compel, appeal to court and still do not have document production. .8 | Michael S. Loeffler<br>Legal Services<br>St. Paul/Travelers Strat<br>Exhibit 6 | 3.90<br>0.00 | 275.00<br>T@1 | 1072.50 |
| 42329                         TIME<br>6/1/2015<br>WIP<br>Email with clients regarding motion to compel, changes to motion and request for sanctions. .5  Telephone conference with clients regarding motion to compel. .3  Work on changes to motion to compel and request for sanctions due to Strategic continued refusal to produce documents held at BuckleySandler. 2 | Michael S. Loeffler<br>Legal Services<br>St. Paul/Travelers Strat<br>Exhibit 6 | 2.80<br>0.00 | 275.00<br>T@1 | 770.00 |
| 42224                         TIME<br>6/1/2015<br>WIP<br>Draft motion for sanctions. 4.7  Research and review case law on barring evidence as sanction for discovery failures. 2.4 | Mark V. Paulis<br>Legal Services<br>St. Paul/Travelers Strat<br>Exhibit 6 | 7.10<br>0.00 | 175.00<br>T@1 | 1242.50 |

7/24/2015  
12:30 PM                                         Slip Listing                                                    Page       2

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 42225  TIME  6/2/2015  WIP  Draft motion for sanctions. | Mark V. Paulis  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 6.30  0.00 | 175.00  T@1 | 1102.50 |
| 42330  TIME  6/2/2015  WIP  Continue revisions to motion for sanctions and to compel. | Michael S. Loeffler  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 3.10  0.00 | 275.00  T@1 | 852.50 |
| 42282  TIME  6/3/2015  WIP  Revise motion for sanctions. | Todd Hunter Thomas  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 0.50  0.00 | 275.00  T@1 | 137.50 |
| 42331  TIME  6/3/2015  WIP  Continue revisions to motion for sanctions and to compel. 2.1  Email to clients regarding revised version of motion for sanctions and to compel and issues with months of effort to get documents held at BuckleySandler. .5 | Michael S. Loeffler  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 2.60  0.00 | 275.00  T@1 | 715.00 |
| 42380  TIME  6/4/2015  WIP  Emails from client regarding addition to motion for sanctions. .3  Work on revisions to motion for sanctions. 1.1 | Michael S. Loeffler  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 1.40  0.00 | 275.00  T@1 | 385.00 |
| 42228  TIME  6/5/2015  WIP  Prepare exhibits to motion for sanctions. .7  Email to local counsel regarding filing motion for sanctions. .2 | Mark V. Paulis  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 0.90  0.00 | 175.00  T@1 | 157.50 |
| 42382  TIME  6/5/2015  WIP  Emails regarding filing of motion for sanctions and client approval. .3  Emails regarding filed motion for sanctions. .1 | Michael S. Loeffler  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 0.40  0.00 | 275.00  T@1 | 110.00 |
| 42284  TIME  6/12/2015  WIP  Review Strategic response to motion for sanctions. | Todd Hunter Thomas  Legal Services  St. Paul/Travelers Strat  Exhibit 6 | 0.30  0.00 | 275.00  T@1 | 82.50 |

7/24/2015
12:30 PM                                               Slip Listing                                                  Page        3

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- |
|   Dates and Time | Activity | DNB Time | Rate Info | |
|   Posting Status | Client | | Bill Status | |
|   Description | Reference | | | |

Grand Total

|  | | | | |
| --- | --- | --- | --- | --- |
| | Billable | 29.90 | | 6792.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 29.90 | | 6792.50 |